In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-435 CV


____________________



IN THE INTEREST OF T.P., M.P., K.B., AND R.B.






On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-194614






 MEMORANDUM OPINION 


 On February 1, 2007, we affirmed the trial court's ruling on the contest to appellant's
affidavit of indigence and notified the parties that the appeal would be dismissed for want
of prosecution unless the clerk's record was filed by March 5, 2007. The record has not been
filed, and the appellant has not requested additional time to file the record. The appellant is
not entitled to proceed without payment of costs. Tex. R. App. P. 20.1. There being no
satisfactory explanation for the failure to file the record, the appeal is dismissed for want of
prosecution. Tex. R. App. P. 37.3(b).

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice 


Opinion Delivered March 15, 2007

Before McKeithen, C.J., Kreger and Horton, JJ.